# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**HUNTER VAUGHAN EURE**<br>*Defendant* | )<br>)  **UNDER SEAL**<br>)<br>)  Case No. 2:16mj 104<br>) |

MAR - 1 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>December 23, 2015 and December 9, 2015</u> in the city of <u>Suffolk</u>, in the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendant violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| Counts One and Two:<br>18 U.S.C. § 2252(a)(2) | To knowingly receive any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, if (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (B) such visual depiction is of such conduct, shall be punished. |

This criminal complaint is based on these facts:  **Please see attached Affidavit.**

READ AND REVIEWED:

*/s/ Elizabeth M. Yusi*
Elizabeth M. Yusi
Assistant United States Attorney

☒ Continued on the attached sheet.

*/s/ Stacey A Sullivan*
Complainant's signature

Stacey Sullivan, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: March 1, 2016

City and state: Norfolk, VA

*/s/ Robert J. Krask*
Judge's signature

ROBERT J. KRASK
UNITED STATES MAGISTRATE JUDGE
Printed name and title